UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**TAG/ICIB SERVICES, INC. as agent of
CROWLEY AMERICAN TRANSPORT, INC.,**
Plaintiff

v.                                                    CIVIL NO.: 06-1221(DRD)

**ERC SUPER AUTO MALL, INC.,**
Defendant,

## JUDGMENT

Upon plaintiffs' application for Judgment, and appearing from the records of the above entitled cause that default was entered by the Clerk of this Court against defendant for its failure to plead or file an answer to the Complaint, against which plaintiff is entitled to a judgment by default, and the Court being fully advised in the premises, Judgment is now entered against defendant.

It is hereby ORDERED that defendant pay TAG/ICIB Services, Inc., as agent for Crowley American Transport, the amount of $24,440.00 for freight charges, plus $8,554.00 corresponding to a "Collection Expense Fee" of the total amount due, for a total amount of **$32,994.00**, plus interest and costs.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of April of 2006.

s/ Daniel R. Dominguez
**DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE**